**MICHAEL JAY BERGER (State Bar # 100291)**
**LAW OFFICES OF MICHAEL JAY BERGER**
**9454 Wilshire Boulevard, 6th Floor**
**Beverly Hills, California 90212**
T: (310) 271.6223 |
F: (310) 271.9805
E: michael.berger@bankruptcypower.com

**Attorney for Debtor-in-Possession**
**Anzhey Barantsevich**

FILED & ENTERED

JUN 26 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Anzhey Barantsevich,<br><br><br>    Debtor. | CASE NO.: 1:16-bk-12073-MT<br><br>Chapter 11<br><br>**ORDER GRANTING THE MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL**<br><br>Date:    June 21, 2017<br>Time:    9:30 a.m.<br>Courtroom: 302<br>Place:    21041 Burbank Blvd.,<br>         Woodland Hills, CA 91367 |

On June 21, 2017 at 9:30 a.m., the Law Offices of Michael Jay Berger's Motion to Withdraw as Debtor's Bankruptcy Counsel ("Motion") was set to be heard in Courtroom 302 of the above-entitled Court, located at 21041 Burbank Blvd,. Woodland Hills, California 91367. Pursuant to this Bankruptcy Court's tentative ruling, appearances were waived and the tentative ruling was adopted as the Court's final ruling.

1

**ORDER GRANTING THE MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL**

**IT IS HEREBY ORDERED THAT** Law Offices of Michael Jay Berger's Motion to Withdraw as Debtor's Bankruptcy Counsel is GRANTED

###

Date: June 26, 2017

Maureen A. Tighe
United States Bankruptcy Judge